103 F.3d 114
 U.S.
v.
Joseph F. Rosa, William A. Kostrick, Martin R. Antonelli,
Daniel J. Campbell, Paul F. Connelly, Jr., William Anthony
Dadamo, 'Machine Gun Tony', Vivian Davis, Jorge Diaz,
William Edgar Gates 'Butch', Donna Marie George, Susan
Farances George, Raymond G. Ily, Gary Francis Jones,
'Spanky', Larry H. Linn, James Luketic, 'Lukey', Victor E.
Marchitello, Richard Wayne Naugle, Mark D. Nicklow, Robert
William Noble, Timothy O'Conner, Perry C. Perrino, Ronald R.
Plisco, 'Sam
 NO. 96-3170
 United States Court of Appeals,
Third Circuit.
 Nov 13, 1996
 Appeal From: W.D.Pa., No. 88-cr-00066-2
 
 1
 AFFIRMED IN PART, REMANDED IN PART.